

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| THE CITY OF EL PASO, TEXAS, | § | No. 08-18-00199-CV |
| Appellant, | § | Appeal from the |
| v. | § | 327th District Court |
| MESA EXECUTIVE PARK, L.P., | § | of El Paso County, Texas |
| Appellee. | § | (TC# 2017DCV1101) |
| | § | |

## O R D E R

The Court has received Appellee's motion to vacate the October 31, 2019 submission setting. The Court DENIES the motion, however will abate any action for forty-five days until December 16, 2019. No further motions to reschedule the submission date will be entertained.

IT IS SO ORDERED this 22nd day of October, 2019.

PER CURIAM

Before Alley, C.J., Rodriguez and Palafox, JJ.